NOTE: CHANGES MADE BY THE COURT

1  PAWEL R. SASIK (SBN 240672)
   PawelSasik@gmail.com
2  THE LAW OFFICES OF PAWEL R. SASIK
   5350 Topanga Canyon Boulevard
3  Woodland Hills, California 91364
   T: 310.571.5206
4  F: 888.390.4816

5  ANDREW J. SOKOLOWSKI (SBN 226685)
   SoksEsq@att.net
6  THE LAW OFFICE OF ANDREW J. SOKOLOWSKI
   21250 Hawthorne Boulevard, Suite 500
7  Torrance, California 90503
   T: 310.210.5610
8  F: 866.489.0330

9  Attorneys for Plaintiffs
   REBEKAH GEARE and RAIN MITCHELL
10

11
                    UNITED STATES DISTRICT COURT
12
                   CENTRAL DISTRICT OF CALIFORNIA
13

| | |
|---|---|
| REBEKAH GEARE, an individual; RAIN MITCHELL, an individual; on behalf of themselves, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LULULEMON USA INC., and DOES 1-100, inclusive,<br><br>Defendant. | CASE NO.  CV 12-9996-SJO (JEMx)<br><br>ORDER **CONTINUING** JULY 22, 2013 STATUS CONFERENCE TO **AUGUST 26, 2013** |

-1-
[PROPOSED] ORDER VACATING STATUS CONFERENCE
CASE NO. CV 12-9996-SJO (JEMx)

The Court, having considered the Parties' Joint Status Report filed July 15, 2013 (ECF No. 60), and good cause appearing, orders as follows:

1. The Status Conference currently scheduled for July 22, 2013 at 8:30 a.m. is CONTINUED TO **AUGUST 26, 2013 at 8:30 a.m.** ;
2. The Parties shall file their Stipulation of Settlement on or before July 22, 2013; and
3. Plaintiffs shall file their Motion for Preliminary Approval of Class Action Settlement on or before August 23, 2013.

IT IS SO ORDERED.

Dated: July 17, 2013

*S. James Otero*

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE