PAWEL R. SASIK (SBN 240672)
PawelSasik@gmail.com
**THE LAW OFFICES OF PAWEL R. SASIK**
5350 Topanga Canyon Boulevard
Woodland Hills, California 91364
Tel.: (310) 571-5206

ANDREW J. SOKOLOWSKI (SBN 226685)
andrew@sokolawfirm.com
**THE LAW OFFICE OF ANDREW J. SOKOLOWSKI**
2276 Torrance Boulevard
Torrance, California 90501
Tel.: (424) 254-8817
Fax: (866) 489-0330

RHETT T. FRANCISCO (SBN 232749)
rhett_francisco_law@yahoo.com
**THE LAW OFFICES OF RHETT T. FRANCISCO**
5350 Topanga Canyon Boulevard
Woodland Hills, California 91364
Tel.: (818) 319-9879
Fax: (888) 390-4816

Attorneys for Plaintiffs
REBEKAH GEARE and RAIN MITCHELL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEKAH GEARE, an individual; RAIN MITCHELL, an individual; on behalf of themselves, on behalf of all others similarly situated, and as aggrieved employees under the California Private Attorney General Act,<br><br>   Plaintiffs,<br><br>   v.<br><br>LULULEMON USA INC., and DOES 1-100, inclusive,<br><br>   Defendant. | CASE NO.  CV 12-9996-SJO (JEMx)<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT AND APPROVAL OF PAGA SETTLEMENT**<br><br>DATE:  September 23, 2013<br>TIME:  10:00 a.m.<br>CTRM.:  1<br><br>Assigned to the Honorable S. James Otero |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on September 23, 2013 at 10:00 a.m., before the Honorable S. James Otero in Courtroom 1 of the United States District Court for the Central District of California, 312 N. Spring Street, Los Angeles, California 90012, Plaintiffs Rebekah Geare and Rain Mitchell will and hereby do the Court for an Order:

    A. Preliminarily approving the proposed Class Settlement in this case;

    B. Preliminary certifying the California Class and Nationwide Class for settlement purposes;

    C. Approving the Notice and Claim Form (ECF No. 64, Exs. A-B) and directing that notice be sent to the settlement class members as set forth in the Settlement;

    D. Appointing The Law Office of Andrew J. Sokolowski, The Law Offices of Rhett T. Francisco, and The Law Offices of Pawel R. Sasik as Class Counsel;

    E. Approving KCC Class Action Services, LLC as the Claims Administrator for the Settlement;

    F. Setting a schedule for Final Approval of the Class Settlement; and

    G. Approving the proposed settlement of Plaintiffs' Private Attorneys General Act claims.

///
///
///

1       The motion will be based on this Notice of Motion and Motion, the
2 concurrently filed Points and Authorities, the Declaration of Andrew J. Sokolowski
3 and attached exhibits, the argument of counsel and upon such other material
4 contained in the file and pleadings.

5

6   DATED: August 23, 2013           **THE LAW OFFICE OF ANDREW J. SOKOLOWSKI**

7

8                                                 */s/* Andrew J. Sokolowski
                                                ANDREW J. SOKOLOWSKI

9

10                                          2276 Torrance Boulevard
Torrance, California 90501
Tel.: (424) 254-8817
11 Fax: (866) 489-0330
Email: andrew@sokolawfirm.com

12 Attorney for Plaintiffs REBEKAH
13 GEARE and RAIN MITCHELL

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-
NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL
CASE NO. CV 12-9996-SJO (JEMX)