PAWEL R. SASIK (SBN 240672)
PawelSasik@gmail.com
**THE LAW OFFICES OF PAWEL R. SASIK**
5350 Topanga Canyon Boulevard
Woodland Hills, California 91364
Tel.: (310) 571-5206

ANDREW J. SOKOLOWSKI (SBN 226685)
andrew@sokolawfirm.com
**THE LAW OFFICE OF ANDREW J. SOKOLOWSKI**
2276 Torrance Boulevard
Torrance, California 90501
Tel.: (424) 254-8817
Fax: (866) 489-0330

RHETT T. FRANCISCO (SBN 232749)
rhett_francisco_law@yahoo.com
**THE LAW OFFICES OF RHETT T. FRANCISCO**
5350 Topanga Canyon Boulevard
Woodland Hills, California 91364
Tel.: (818) 319-9879
Fax: (888) 390-4816

Attorneys for Plaintiffs
REBEKAH GEARE and RAIN MITCHELL

FILED
CLERK, U.S. DISTRICT COURT
February 6, 2014.
CENTRAL DISTRICT OF CALIFORNIA
BY: VPC DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEKAH GEARE, an individual; RAIN MITCHELL, an individual; on behalf of themselves, on behalf of all others similarly situated, and as aggrieved employees under the California Private Attorney General Act,<br><br>Plaintiffs,<br><br>v.<br><br>LULULEMON USA INC., and DOES 1-100, inclusive,<br><br>Defendant. | CASE NO. CV 12-9996-SJO (JEMx)<br><br>**ORDER GRANTING PLAINTIFFS' RENEWED MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT AND APPROVAL OF PAGA SETTLEMENT**<br><br>DATE: January 27, 2014<br>TIME: 10:00 a.m.<br>CTRM.: 1<br><br>Assigned to the Honorable S. James Otero |

-1-
[PROPOSED] ORDER GRANTING RENEWED MOTION FOR PRELIMINARY APPROVAL
CASE NO. CV 12-9996-SJO (JEMX)

TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

Plaintiffs' Renewed Motion for Preliminary Approval of Class Settlement and Approval of PAGA Settlement came before this Court, the Honorable S. James Otero presiding, on January 27, 2014. The Court, having considered the papers submitted in support of the application of the parties, and the argument of counsel, HEREBY ORDERS THE FOLLOWING:

1. The Court grants preliminary approval of the Class Settlement and the Settlement Class based upon the terms set forth in the Revised Stipulation of Settlement and Release Between Plaintiffs and Defendant ("Revised Settlement") (ECF No. 72-1). The Revised Settlement appears to be fair, adequate, and reasonable to the Class.

2. The Revised Settlement falls within the range of reasonableness and appears to be presumptively valid, subject to any objections that may be raised at the final fairness hearing and final approval by this Court. The request for attorneys' fees in the sum of 20% of the $450,000 settlement fund is reasonable because the final award will be dependent upon the number of class members who achieve a benefit. Further, the Court notes that the $7,500 service awards requested on behalf of the Named Plaintiffs will likely be subject to reduction before the Court grants final approval. The Court finds that the settlement of Plaintiffs' claims under the California Private Attorney General Act are fair and reasonable and are approved.

3. A final fairness hearing on the question of whether the proposed Revised Settlement, attorneys' fees to Class Counsel, attorneys' costs, and the Class Representative's service awards should be finally approved as fair, reasonable, and adequate as to the members of the Class is scheduled for Monday, June 2, 2014, at 10:00 a.m., in Courtroom 1 before the Honorable S. James Otero.

4. The Court approves, as to form and content, the Notice of Proposed

Class Action Settlement ("Notice") attached as Exhibit A to the Revised Settlement (ECF No. 72-1, Ex. A). The Court approves the procedure for Class Members to opt out of the Class, as set forth in the Revised Settlement. Further, the Court approves the procedure set forth in the Revised Settlement and Notice for Class Members to object to the Revised Settlement.

5. The Court directs the mailing of the Notice by first-class mail to the Class Members in accordance with the Implementation Schedule set forth below. The Court finds the dates selected for the mailing and distribution of the Notice meet the requirements of due process and provide the best notice practicable under the circumstances and shall constitute due and sufficient notice to all persons entitled to receive notice.

6. It is ordered that the Class is preliminarily certified for settlement purposes.

7. The Court appoints The Law Office of Andrew J. Sokolowski, The Law Offices of Rhett T. Francisco, and The Law Offices of Pawel R. Sasik as Class Counsel.

8. The Court confirms KCC Class Action Services, LLC as the Claims Administrator.

9. The Court orders the following Implementation Schedule for further proceedings:

| Deadline to disseminate class notice: | 15 days after Claims Administrator receives class data from Defendant |
|---|---|
| Deadline to file briefs in support of motion for final approval and motion for fees and costs: | 28 days before Final Approval Hearing |

| | |
|---|---|
| Deadline for class members to file comments in support of or in objection to the settlement: | 60 days after class notice is mailed or 30 days after the class member's notice is returned undeliverable and re-mailed, whichever is later |
| Deadline for Class Members to opt-out of the settlement (postmark date): | 60 days after class notice is mailed or 30 days after the class member's notice is returned undeliverable and re-mailed, whichever is later |
| Deadline for the parties' replies to any class member objections: | 10 days prior to the Final Approval Hearing |
| Final Fairness Hearing (Final Approval) Hearing. | June 2, 2014 at 10:00 a.m. |

IT IS SO ORDERED.

Dated: February 6, 2014

*S. James Otero*

———————————————————
THE HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT COURT

-4-
[PROPOSED] ORDER GRANTING RENEWED MOTION FOR PRELIMINARY APPROVAL
CASE NO. CV 12-9996-SJO (JEMX)