1 **[COUNSEL LISTED ON FOLLOWING PAGE]**

FILED
CLERK, U.S. DISTRICT COURT

March 25, 2014.

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEKAH GEARE, an individual; RAIN MITCHELL, an individual; on behalf of themselves, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LULULEMON USA INC., and DOES 1-100, inclusive,<br><br>Defendant. | CASE NO. 2:12-cv-09996-SJO-JEM<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE FINAL APPROVAL HEARING DATE TO AUGUST 8, 2014**<br><br>Filed: October 12, 2012<br>Removed: November 21, 2012 |

DLA PIPER LLP (US)
SAN FRANCISCO

WEST\247310559.1

[PROPOSED] ORDER

MARIA RODRIGUEZ (SBN 194201)
maria.rodriguez@dlapiper.com
KATHARINE J. LIAO (SBN 255157)
katharine.liao@dlapiper.com
MICHELLE S. KUNIHIRO (SBN 271969)
michelle.kunihiro@dlapiper.com
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067-4704
Tel: 310.595.3000
Fax: 310.595.3334

MERRILL F. STORMS, JR. (SBN 78333)
rick.storms@dlapiper.com
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101-4297
Phone: 619.699.2700
Fax: 619.699.2701

Attorneys for Defendant
LULULEMON USA INC.

PAWEL R. SASIK (SBN 240672)
PawelSasik@gmail.com
**THE LAW OFFICES OF PAWEL R. SASIK**
5350 Topanga Canyon Boulevard
Woodland Hills, CA 91364
Tel: (310) 571-5206
Fax: (888) 390-4816

ANDREW J. SOKOLOWSKI (SBN 226685)
SoksEsq@att.net
**THE LAW OFFICE OF ANDREW J. SOKOLOWSKI**
21250 Hawthorne Boulevard, Suite 500
Torrance, CA 90503
Tel: (310) 210-5610
Fax: (866) 489-0330

RHETT T. FRANCISCO (SBN 232749)
rhett@francisco-law-firm.com
rhett_francisco_law@yahoo.com
THE LAW OFFICES OF RHETT T. FRANCISCO
5350 Topanga Canyon Boulevard
Woodland Hills, CA 91364
Tel: (818) 319-9879
Fax: (888) 390-4816

Attorneys for Plaintiffs
REBEKAH GEARE and RAIN MITCHELL

# ORDER

The Parties' Joint Stipulation to Continue the Final Approval Hearing Date is GRANTED. The Final Approval Hearing is continued from June 2, 2014 to August 14, 2014 @ 10:00 a.m.

**IT IS SO ORDERED.**

Dated: March 25, 2014.

*S. James Otero*

HON. S. JAMES OTERO
District Court Judge, Central District of CA