PAWEL R. SASIK (SBN 240672)
PawelSasik@gmail.com
**THE LAW OFFICES OF PAWEL R. SASIK**
5350 Topanga Canyon Boulevard
Woodland Hills, California 91364
Tel.: (310) 571-5206

ANDREW J. SOKOLOWSKI (SBN 226685)
andrew@sokolawfirm.com
**THE LAW OFFICE OF ANDREW J. SOKOLOWSKI**
2276 Torrance Boulevard
Torrance, California 90501
Tel.: (424) 254-8817
Fax: (866) 489-0330

RHETT T. FRANCISCO (SBN 232749)
rhett_francisco_law@yahoo.com
**THE LAW OFFICES OF RHETT T. FRANCISCO**
5350 Topanga Canyon Boulevard
Woodland Hills, California 91364
Tel.: (818) 319-9879
Fax: (888) 390-4816

Attorneys for Plaintiffs
REBEKAH GEARE and RAIN MITCHELL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEKAH GEARE, an individual; RAIN MITCHELL, an individual; on behalf of themselves, on behalf of all others similarly situated, and as aggrieved employees under the California Private Attorney General Act,<br><br>Plaintiffs,<br><br>v.<br><br>LULULEMON USA INC., and DOES 1-100, inclusive,<br><br>Defendant. | CASE NO. CV 12-9996-SJO (JEMx)<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT AND APPROVAL OF PAGA SETTLEMENT**<br><br>DATE: August 14, 2014<br>TIME: 10:00 a.m.<br>CTRM.: 1<br><br>Assigned to the Honorable S. James Otero |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on August 14, 2014 at 10:00 a.m. in Courtroom 1 of the United Stated District Court for the Central District of California, 312 North Spring Street, Los Angeles, California 90012, Plaintiffs will, and hereby do, move this Court for an order granting final approval of the class settlement and the Private Attorneys General Act settlement.

This Motion is made on the grounds that the Parties reached a proposed settlement that is fair, reasonable, and adequate and in the best interests of the Class Members and all Parties.  Further, the Parties reached a settlement only after both Parties conducted extensive discovery and a thorough investigation, and engaged in arms-length negotiations that included a day-long mediation session. The Class Members have been notified of the settlement, its terms, and relevant deadlines by the best means practicable, which were reasonably calculated to provide adequate notice and provided notice consistent with due process.  The Class Members were provided an opportunity to submit claims, object to the settlement, or request exclusion ("opt out") from the settlement.

The Motion will seek an Order granting the following relief:

1. Finally approving the proposed settlement as fair, reasonable, and adequate under Federal Rule of Civil Procedure 23;

2. Confirming The Law Office of Andrew J. Sokolowski, The Law Offices of Rhett T. Francisco, and the Law Offices of Pawel R. Sasik as Class Counsel;

3. Confirming Plaintiffs Rebekah Geare and Rain Mitchell as Class Representatives for settlement purposes;

4. Finally certifying the Class for settlement purposes;

5. Finding that the Notice was the best practicable notice under the circumstances and satisfied all Constitutional and other requirements; and

6. Entering a Final Order Approving Class Action Settlement and a

1  Final Judgment in substantially the same form as those previously filed

2      This Motion is based on this Notice, the Memorandum of Points and
3  Authorities in support, the Declaration of Andrew J. Sokolowski, the Declaration
4  of Andy Morrison (the representative for the Claims Administrator), other
5  documents on record in this case and any other documents or evidence that the
6  Court may consider at the hearing of this Motion.

7
8  DATED: July 16, 2014          **THE LAW OFFICE OF**
                                                      **ANDREW J. SOKOLOWSKI**

                                                      */s/ Andrew J. Sokolowski*
                                                      ANDREW J. SOKOLOWSKI

                                                      2276 Torrance Boulevard
                                                      Torrance, California 90501
                                                      Phone: (424) 254-8817
                                                      Fax: (866) 489-0330
                                                      Email: andrew@sokolawfirm.com