PAWEL R. SASIK (SBN 240672)
PawelSasik@gmail.com
**THE LAW OFFICES OF PAWEL R. SASIK**
5350 Topanga Canyon Boulevard
Woodland Hills, California 91364
Tel.: (310) 571-5206

ANDREW J. SOKOLOWSKI (SBN 226685)
andrew@sokolawfirm.com
**THE LAW OFFICE OF ANDREW J. SOKOLOWSKI**
2276 Torrance Boulevard
Torrance, California 90501
Tel.: (424) 254-8817
Fax: (866) 489-0330

RHETT T. FRANCISCO (SBN 232749)
rhett_francisco_law@yahoo.com
**THE LAW OFFICES OF RHETT T. FRANCISCO**
5350 Topanga Canyon Boulevard
Woodland Hills, California 91364
Tel.: (818) 319-9879
Fax: (888) 390-4816

Attorneys for Plaintiffs
REBEKAH GEARE and RAIN MITCHELL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEKAH GEARE, an individual; RAIN MITCHELL, an individual; on behalf of themselves, on behalf of all others similarly situated, and as aggrieved employees under the California Private Attorney General Act,<br><br>Plaintiffs,<br><br>v.<br><br>LULULEMON USA INC., and DOES 1-100, inclusive,<br><br>Defendant. | CASE NO. CV 12-9996-SJO (JEMx)<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR AN AWARD OF ATTORNEYS' FEES AND COSTS AND PLAINTIFFS' SERVICE AWARDS**<br><br>DATE: August 14, 2014<br>TIME: 10:00 a.m.<br>CTRM.: 1<br><br>Assigned to the Honorable S. James Otero |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on August 14, 2014 at 10:00 a.m. in Courtroom 1 of the United Stated District Court for the Central District of California, 312 North Spring Street, Los Angeles, California 90012, Plaintiffs' Counsel will and hereby do move for an order: (1) approving an award of attorneys' fees in the amount of $90,000.00; (2) approving an award of costs in the amount of $11,159.49; and (3) approving service awards for Plaintiffs Rebekah Geare and Rain Mitchell in the amount of $3,500.00 each.

Plaintiffs' Motion is based on this Notice of Motion and Motion, the concurrently-filed Points and Authorities and supporting declarations, the record in this case, the argument of counsel and other such matters or evidence that the Court deems appropriate to consider.

DATED: July 16, 2014

**THE LAW OFFICE OF ANDREW J. SOKOLOWSKI**

*/s/ Andrew J. Sokolowski*
ANDREW J. SOKOLOWSKI

2276 Torrance Boulevard
Torrance, California 90501
Phone: (424) 254-8817
Fax: (866) 489-0330
Email: andrew@sokolawfirm.com